LEWIS, J.
 

 We have for review
 
 Sloss v. State,
 
 965 So.2d 1204 (Fla. 5th DCA 2007), in which the Fifth District Court of Appeal certified a question of great public importance. We have jurisdiction.
 
 See
 
 art. V, § 3(b)(4), Fla. Const.
 

 We stayed proceedings in this case pending our disposition of
 
 Martinez v.
 
 
 *165
 

 State,
 
 981 So.2d 449 (Fla.2008). When our decision in
 
 Martinez
 
 became final, we issued an order directing respondent to show cause why we should not exercise jurisdiction, quash the
 
 Sloss
 
 decision, and remand for reconsideration in light of our decision in
 
 Martinez.
 
 Respondent has conceded that
 
 Martinez
 
 controls the outcome of the instant case, and petitioner agrees.
 

 Accordingly, we grant the petition for review in the present case. The decision under review is quashed, and this matter is remanded to the Fifth District Court of Appeal for reconsideration upon application of this Court’s decision in
 
 Martinez.
 

 It is so ordered.
 

 QUINCE, C.J., WELLS, PARIENTE, CANADY, and POLSTON, JJ., and ANSTEAD, Senior Justice, concur.